**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**BEAUFORT DIVISION**

| | | |
|---|---|---|
| **Kelly Benfield,** | ) | **Civil Action No.:** 9:26-cv-03868-BHH |
| | ) | **Formerly (2026CP2700431)** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **NOTICE OF REMOVAL** |
| **Commercial Roofing Specialties Inc.;** | ) | |
| **Kyle Elliott Roebuck,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**TO: THE UNITED STATES COURT:**

Defendants, Kyle Elliott Roebuck and Commercial Roofing Specialties, Inc., would respectfully show the Court in support of their Notice of Removal that:

1. The Summons and Complaint in this action were filed on August 4, 2026, in the Court of Common Pleas for Jasper County, South Carolina. Attached for the Court are copies of Plaintiff's Summons and Complaint. (Exhibit 1). Defendant Commercial Roofing Specialties, Inc. was served by hand delivery to its branch manager on August 12, 2026. Defendant Kyle Elliott Roebuck was served by hand delivery to an individual over the age of eighteen at his residence on August 28, 2026. The amount in controversy in this case is more than $75,000, as Plaintiff's attorney informed counsel for Defendants in writing that Plaintiff's damages are in excess of $75,000 on August 30, 2026. Therefore, removal is timely under 28 U.S.C. § 1446(b).

2. The United States District Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332. The Plaintiff is a resident and citizen of the State of South Carolina; Defendant Commercial Roofing Specialties, Inc. is a Georgia Corporation with its principal place of business

in Georgia. Defendant Kyle Elliott Roebuck is a citizen of the state of Georgia. The action has been brought by the Plaintiff against the Defendants for the alleged accident which occurred in Jasper County, South Carolina.

3. Venue is proper in this matter in the Beaufort Division of this Court in accordance with 28 U.S.C. § 1441(a).

4. The amount in controversy in this matter exceeds $75,000.00, as Plaintiff's attorney informed counsel for Defendants in writing that Plaintiff's damages are in excess of $75,000, and that they have had to expend a significant amount of money for medical care, treatment and attendant services and will be required to expend a significant amount of money for these services in the future. Plaintiff is seeking punitive damages in an amount to be determined for pain and suffering, mental anguish, loss of enjoyment of life, lost wages, loss of society/companionship, and permanent impairment due to this accident.

5. Defendants have filed no pleadings in this action with the Court of Common Pleas (Fourteenth Judicial Circuit, County of Jasper) for the State of South Carolina in response to this Complaint; however, Defendants' Answer to the Plaintiff's Complaint is filed herewith contemporaneously.

6. Defendants have furnished a copy of this Notice of Removal to the Clerk of Court for Richland County.

[*Signature Page to Follow*]

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/ Kara N. Wagstaff
Richard E. McLawhorn, Jr. Fed Id. No.: 11441
Kara N. Wagstaff, Fed Id. No.: 14620
1515 Lady Street
Post Office Box 12129
Columbia, South Carolina 29211
(803) 256-2233- Phone
(803) 256-9177- Fax
rem@swblaw.com
knw@swblaw.com
**ATTORNEYS FOR DEFENDANTS**

Columbia, South Carolina

September 3, 2026