ELECTRONICALLY FILED - 2026 Aug 04 8:32 AM - JASPER - COMMON PLEAS - CASE#2026CP2700431

| | |
|---|---|
| **STATE OF SOUTH CAROLINA** | **IN THE COURT OF COMMON PLEAS** |
| **COUNTY OF JASPER** | |
| Kelly Benfield, | Civil Action No.: |
| Plaintiff, | **SUMMONS** |
| v. | |
| Commercial Roofing Specialties Inc.;<br>Kyle Elliott Roebuck, | |
| Defendants. | |

**TO THE DEFENDANTS ABOVE-NAMED:**

**YOU ARE HEREBY SUMMONED** and required to answer the complaint herein, a copy of which is herewith served upon you, and to serve a copy of your answer to this complaint upon the subscriber, at the address shown below, within thirty (30) days after service hereof, exclusive of the day of such service, and if you fail to answer the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

**MORGAN & MORGAN, P.A.**
*/s/ Cooper Klaasmeyer*
COOPER KLAASMEYER, ESQ.
SC Bar No.: 105795
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
Telephone: (843) 973-5438
Fax: (854) 429-6281
cooper.klaasmeyer@forthepeople.com
**Attorneys for the Plaintiffs**

August 4, 2026
North Charleston, SC

ELECTRONICALLY FILED - 2026 Aug 04 8:32 AM - JASPER - COMMON PLEAS - CASE#2026CP2700431

**STATE OF SOUTH CAROLINA**

**COUNTY OF JASPER**

**IN THE COURT OF COMMON PLEAS**

Kelly Benfield,

Plaintiff,

v.

Commercial Roofing Specialties Inc.;
Kyle Elliott Roebuck,

Defendants.

Civil Action No.:

**COMPLAINT**

Plaintiff Kelly Benfield, by and through her undersigned attorneys, complains of Defendants and alleges as follows:

**PARTIES, VENUE, AND JURISDICTION**

1. Plaintiff Kelly Benfield ("Plaintiff") was injured in the crash that is subject of this action (the "Crash"). At all relevant times, Plaintiff has been a resident and citizen of the State of South Carolina.

2. Defendant Commercial Roofing Specialties Inc. ("CRS") is a Georgia corporation. CRS is incorporated in Georgia and maintains its principal place of business is in Dekalb County, Georgia.



GEORGIA
CORPORATIONS DIVISION

BUSINESS SEARCH

BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | COMMERCIAL ROOFING SPECIALTIES, INC. |
| Business Type: | Domestic Profit Corporation |
| Business Purpose: | NONE |
| Principal Office Address: | 2703 PEACHTREE SQUARE, ATLANTA, GA, 30360, USA |
| State of Formation: | Georgia |

ELECTRONICALLY FILED - 2026 Aug 04 8:32 AM - JASPER - COMMON PLEAS - CASE#2026CP2700431

3. Defendant Kyle Elliott Roebuck ("Roebuck") was driving the commercial motor vehicle involved in the Crash on behalf of CRS on the day of the Crash.

4. Venue in Jasper County is proper because the motor vehicle collision, which is the incident giving rise to this cause of action, took place in Jasper County, South Carolina, as further shown below.

5. This Court has subject matter jurisdiction and personal jurisdiction over this claim against CRS and Roebuck because CRS was operating in the State of South Carolina through its employee Roebuck. This legal action arises from the actions and omissions of CRS and Roebuck.

## FACTUAL ALLEGATIONS

6. Plaintiff adopts, realleges, and incorporates the allegations contained in the preceding paragraphs.

7. On the day of the Crash, CRS was a motor carrier registered with the USDOT under USDOT Number 926133.

| USDOT INFORMATION | | | | | |
|---|---|---|---|---|---|
| Entity Type: | CARRIER/SHIPPER | | | | |
| USDOT Status: | ACTIVE | Out of Service Date: | None | | |
| USDOT Number: | 926133 | State Carrier ID Number: | | | |
| MCS-150 Form Date: | 12/03/2025 | MCS-150 Mileage (Year): | 1,552,000 (2024) | | |
| OPERATING AUTHORITY INFORMATION | | | | | |
| Operating Authority Status: | NOT AUTHORIZED<br>*Please Note: NOT AUTHORIZED does not apply to Private or Intrastate operations.<br>For Licensing and Insurance details click here. | | | | |
| MC/MX/FF Number(s): | | | | | |
| COMPANY INFORMATION | | | | | |
| Legal Name: | COMMERCIAL ROOFING SPECIALTIES INC | | | | |
| DBA Name: | CRS INC | | | | |
| Physical Address: | 2703 PEACHTREE SQUARE<br>DORAVILLE, GA 30360 | | | | |
| Phone: | (770) 455-0591 | | | | |
| Mailing Address: | 2703 PEACHTREE SQUARE<br>DORAVILLE, GA 30360 | | | | |
| DUNS Number: | 69-024-176 | | | | |
| Power Units: | 95 | Non-CMV Units: | | Drivers: | 63 |

8. At the time of the crash, CRS was operating a commercial motor vehicle bearing VIN 5KKHAXDV6JPJM8403 with a gross vehicle weight rating greater than 26,000 pounds in interstate commerce.

ELECTRONICALLY FILED - 2026 Aug 04 8:32 AM - JASPER - COMMON PLEAS - CASE#2026CP2700431

2018 WESTERN STAR - INCOMPLETE VEHICLE

Export to PDF

✔ **Error Text:** 0 - VIN decoded clean. Check Digit (9th position) is correct

Incomplete Vehicle Warning - Please be advised that the vehicle may have been altered and may not be an accurate representation of the vehicle in its current condition. The Model Year decoded for this VIN may be incorrect. If you know the Model year, please enter it and decode again to get more accurate information.

**Manufacturer:** DAIMLER TRUCK NORTH AMERICA LLC

**DBAs:**

**Vehicle Type:** INCOMPLETE VEHICLE

**Model Year:** 2018

**Make:** WESTERN STAR

**Model:** 4700

**Body Class:** Truck

Show All Vehicle Details



9. In the 24 months preceding the date of this complaint, CRS drivers were subject to inspection forty-nine times.

10. Seven of these inspections resulted in hours of service or unsafe driving violations.

– VIOLATION SUMMARY — Unsafe Driving Violations: 6

| Violations | Description | # Violations | # OOS Violations | Violation Severity Weight |
|---|---|---|---|---|
| 392.2-SLLLR | State/Local Laws - Lane restriction violation | 2 | 0 | 3 |
| 392.2-SLLTCD | State/Local Laws - Failed to obey a traffic control device - Permanent or Temporary - e.g., safety official, signal, sign, light, lane marking, other | 2 | 0 | 5 |
| 392.2-SLLILC | State/Local Laws - Improper lane change | 1 | 0 | 5 |
| 392.2-SLTFC | State/Local Laws - Speeding basic rule/speed too fast for conditions | 1 | 0 | 5 |

– VIOLATION SUMMARY — HOS Compliance Violations: 1

| Violations | Description | # Violations | # OOS Violations | Violation Severity Weight |
|---|---|---|---|---|
| 395.24 | HOS (ELD) - ELD Form and Manner | 1 | 0 | 1 |

11. Additionally, CRS drivers have been involved in four motor vehicle collisions, including the subject Crash.

ELECTRONICALLY FILED - 2026 Aug 04 8:32 AM - JASPER - COMMON PLEAS - CASE#2026CP2700431

| Report | | | Vehicle | | Crash | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Number | State | Plate Number | Plate State | Fatal | Inj. | Tow. | HM |
| 11/26/2025 | SC0025288558 | SC | P204CB | GA | 0 | 3 | Yes | No |
| 8/5/2025 | GA0009996022 | GA | P492CK | GA | 0 | 1 | Yes | No |
| 1/24/2025 | TN0400211518 | TN | P4057B | GA | 0 | 0 | Yes | No |
| 12/2/2024 | GA0009700095 | GA | P5582B | GA | 0 | 1 | No | No |

12. At the time of the Crash, Roebuck was an employee of CRS acting in the course and scope of his employment with CRS and was operating the vehicle under CRS's motor carrier authority.

13. On November 26, 2025, Roebuck was driving north on Interstate 95 in Jasper County, South Carolina.

14. Roebuck was driving at a speed greater that was reasonable and prudent under the conditions.

15. Roebuck was cited and fined for violation of SC Code 56-5-1520(A).

16. Ahead of Roebuck, Plaintiff was slowing for traffic ahead.

17. Roebuck failed to stop or slow his vehicle sufficiently to avoid striking the vehicle ahead and forcing that vehicle into the back of Plaintiff's vehicle.

18. The impact caused Plaintiff to lose control and collide with another vehicle ahead.

19. Roebuck was cited and fined for violation of SC Code 56-5-1520(A).

20. Due to the Crash which CRS and Roebuck caused, Plaintiff suffered severe bodily injury and property damage.

**FOR A FIRST CAUSE OF ACTION**
(Negligence/Recklessness, Negligence *Per Se* Against All Defendants)

21. Plaintiff realleges and reincorporates the preceding paragraphs as if repeated

ELECTRONICALLY FILED - 2026 Aug 04 8:32 AM - JASPER - COMMON PLEAS - CASE#2026CP2700431

verbatim here.

22. Roebuck owed a duty to Plaintiff to operate the commercial motor vehicle in a safe and reasonable manner, and in accordance with all state and federal laws and regulations.

23. Roebuck breached this duty to use due care in operating the commercial motor vehicle and was negligent, negligent *per se*, reckless, willful, and/or wanton in numerous particulars, including but not limited to:

a. Failing to obey traffic signs and signals;

b. Failing to yield the right of way;

c. Failing to keep a proper lookout;

d. Driving while inattentive and/or distracted;

e. Failing to use the degree of care and skill that a reasonable person would have used under the same or similar circumstances;

f. Acting with conscious disregard for the safety of others, including Plaintiff;

g. Acting in violation of applicable state and federal statutes and regulations; and

h. Committing other acts and omissions as discovery may reveal and the evidence at trial may show.

24. Roebuck's acts and omissions were the direct and proximate cause of Plaintiff's injuries and damages claimed herein.

25. As a direct and proximate result of Roebuck's acts and omissions, Plaintiff suffered severe physical injuries which have caused, and in the future will cause, Plaintiff to suffer the following damages:

a. Physical pain and suffering;

b. Loss of enjoyment of life, to the detriment of Plaintiff's physical health and

ELECTRONICALLY FILED - 2026 Aug 04 8:32 AM - JASPER - COMMON PLEAS - CASE#2026CP2700431

mental wellbeing;

c. Loss of wages and/or earning capacity;

d. Substantial expenses for past and future medical services;

e. Mental anguish, emotional distress, shock, and fear;

f. Other damages as will be shown in the discovery and trial of this case.

26. CRS is vicariously liable for all acts and omissions of Roebuck pursuant to the doctrines of agency and respondeat superior.

27. Plaintiff is entitled to an award of all actual, consequential, and incidental damages against all Defendants, jointly and severally.

28. Plaintiff is also entitled to an award of punitive damages against all Defendants.

29. Plaintiff is also entitled to an award of prejudgment interest against all Defendants, jointly and severally.

**FOR A SECOND CAUSE OF ACTION**

(Negligent Hiring, Entrustment, Training, Retention, and Supervision Against CRS)

30. Plaintiff adopts, realleges, and incorporates the allegations contained in the preceding paragraphs.

31. CRS was negligent, negligent *per se*, grossly negligent, reckless, willful, and/or wanton in hiring and/or retaining Roebuck and entrusting them to drive their motor vehicle, in that CRS knew or should have known that Roebuck was too incompetent, unfit, inexperienced, and/or reckless to operate a commercial vehicle, which created an appreciable risk of harm to the public, including Plaintiff.

32. CRS was negligent, negligent *per se*, grossly negligent, reckless, willful, and wanton in failing to properly train and/or supervise Roebuck, in that CRS permitted Roebuck, who

ELECTRONICALLY FILED - 2026 Aug 04 8:32 AM - JASPER - COMMON PLEAS - CASE#2026CP2700431

was within their employ and control, to operate a commercial motor vehicle with knowledge that Roebuck posed a danger to the public, including Plaintiff, in operating the vehicle.

33. CRS's acts and/or omissions in hiring, training, retaining, and supervising Roebuck, and in entrusting them with their commercial motor vehicle, were the direct and proximate cause of the subject collision, as well as Plaintiff's resulting damages.

34. As a direct and proximate result of the acts and omissions of CRS, Plaintiff has suffered and will continue to suffer damages described herein.

35. Plaintiff is therefore entitled to an award of all actual, consequential, and incidental damages against CRS.

36. Plaintiff is also entitled to an award of punitive damages against CRS.

**WHEREFORE**, Plaintiff asks this Court to award her actual, compensatory, and punitive damages in an amount the jury determines appropriate at trial, as well as such costs, attorney fees, and pre- and post-judgment interest as this Court determines she is entitled to, and such other relief as this Court determines is just.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a jury trial.

ELECTRONICALLY FILED - 2026 Aug 04 8:32 AM - JASPER - COMMON PLEAS - CASE#2026CP2700431

**MORGAN & MORGAN P.A.**

*/s/ Cooper Klaasmeyer*
COOPER KLAASMEYER, ESQ.
SC Bar No.: 105795
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
Telephone: (843) 973-5438
Cooper.klaasmeyer@forthepeople.com
teamck@forthepeople.com
**Attorneys for the Plaintiff**

August 4, 2026
North Charleston, South Carolina

IN THE COURT OF COMMON PLEAS OF THE STATE OF SOUTH CAROLINA FOR JASPER COUNTY

ELECTRONICALLY FILED - 2026 Aug 30 7:52 PM - JASPER - COMMON PLEAS - CASE#2026CP2700431

**Kelly Benfield**
Plaintiff/Petitioner

vs.

**COMMERCIAL ROOFING SPECIALTIES INC.; KYLE ELLIOTT ROEBUCK**
Defendant/Respondent

DOCKET NO: **2026CP2700431**
FILING DATE: **08/04/2026**

AFFIDAVIT OF SERVICE OF:
**SUMMONS; COMPLAINT**

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **28th day of August, 2026**, at **5:16 PM**, at the address of **70 EVERGREEN OAK DR, RICHMOND HILL, Bryan County, GA 31324-3791**; this affiant served the above described documents upon **Kyle Elliott Roebuck** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Jane Doe**, **I delivered the documents to an individual who refused to give their name who identified themselves as the subject's spouse, co-resident. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.**, a person of suitable age and discretion who stated they reside at the defendant's/respondent's usual place of abode listed above.

Date: 08/28/2026

KenDrea Harvey

**Ken 'Drea Harvey, Reg. # CPS531, Certified Process Server**

SUBSCRIBED AND SWORN to before me this 28 day of August, 20 26

Chase Glenn

NOTARY PUBLIC in and for the State of ~~Georgia~~ Indiana
My commission expires 02/15/2034

**CHASE GLENN**
Notary Public
State of Indiana
Commission Number NR0001959
My Commission Expires Feb. 15, 2034

Notarized Online with NotaryLive.com

REF: **18843367**
FOR: **Morgan & Morgan, P.A. <cooper.**



ORIGINAL AFFIDAVIT OF SERVICE

Tracking #: **0239409805**

IN THE COURT OF COMMON PLEAS OF THE STATE OF SOUTH CAROLINA FOR JASPER COUNTY

ELECTRONICALLY FILED - 2026 Aug 30 7:52 PM - JASPER - COMMON PLEAS - CASE#2026CP2700431

**Kelly Benfield**

Plaintiff/Petitioner

vs.

**COMMERCIAL ROOFING SPECIALTIES INC.; KYLE ELLIOTT ROEBUCK**

Defendant/Respondent

DOCKET NO: **2026CP2700431**

FILING DATE: **08/04/2026**

AFFIDAVIT OF SERVICE OF:

**SUMMONS; COMPLAINT**

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **12th day of August, 2026**, at **11:15 AM**, at the address of **2703 Peachtree Sq, Atlanta, DeKalb County, GA 30360-2634**; this affiant served the above described documents upon **Commercial Roofing Specialties Inc** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Seth (Branch manager)**, **I delivered the documents to Seth (Branch manager) who identified themselves as the person in charge with identity confirmed by manager. The individual accepted service with direct delivery. The individual appeared to be a white male contact 45-55 years of age, 5'8"-5'10" tall and weighing 200-240 lbs with glasses and a mustache.**.

Date: 08/14/2026

[signature]

**William Cardwell, Reg. # N/A, Fulton (Magistrate)**

SUBSCRIBED AND SWORN to before me this 14 day of August, 2026.

Julie A Mason

NOTARY PUBLIC in and for the State of **Georgia**

My commission expires 7-24-2028

JULIE A MASON
NOTARY PUBLIC
MY COMMISSION EXPIRES JULY 24, 2028
GWINNETT COUNTY, GEORGIA