**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

Kelly Benfield,

Plaintiff,

v.

Commercial Roofing Specialties Inc;
Kyle Elliott Roebuck,

Defendants.

C/A No.: 9:26-cv-03868-BHH

**JOINT 26(F) DISCOVERY PLAN**

The Parties submit the following discovery plan developed at the 26(f) Conference:

(A) What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made.

**RESPONSE:**

**None.**

(B) The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues.

**RESPONSE:**

**Discovery will be needed into the facts and circumstances surrounding the allegations of the complaint, liability, the Plaintiff's damages, and the defenses asserted in the Defendant's Answer.**

(C) Any issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced.

**RESPONSE:**

**The parties agree that they will produce electronic information in the information's native digital format where feasible and available. The parties do not waive their right to object to the disclosure of certain information. The parties do not anticipate any other issues regarding discovery of electronically stored information at this time.**

(D) Any issues about claims of privilege or of protection as trial-preparation materials, including – if the parties agree on a procedure to assert these claims after production – whether to ask the Court to include their agreement in an order.

**RESPONSE:**

**Issues about claims of privilege or protection as trial-preparation materials have not arisen at this time. The parties have agreed to take up issues of privilege as they occur.**

(E) What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed.

**RESPONSE:**

**The parties are not aware of any changes that should be made on the limitations on discovery at this time.**

(F) Any other orders that the Court should issue under Rule 26(c) or under Rule 16(b) and (c).

**RESPONSE:**

**The parties are not aware of any orders which need to be issued under Rule 26(c) or 16 at this time.**

**MORGAN & MORGAN, PA**

*s/ Cooper Klaasmeyer*
Cooper Klaasmeyer, Esquire (Fed. Bar 14272)
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
cooper.klaasmeyer@forthepeople.com
Phone: (843) 973-5438
**ATTORNEYS FOR THE PLAINTIFF**

October 2, 2026
North Charleston, SC

**SWEENY, WINGATE & BARROW, P.A.**

*s/ Kara N. Wagstaff*
Richard E. McLawhorn, Jr. Fed. Id. No. 11441
Kara N. Wagstaff, Fed. Id. No. 14260
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC 29211
(803) 256-2233
rem@swblaw.com
knw@swblaw.com
**ATTORNEYS FOR THE DEFENDANTS**

October 2, 2026
Columbia, SC