**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | |
|---|---|
| Kelly Benfield,<br><br>Plaintiff,<br><br>v.<br><br>Commercial Roofing Specialties Inc.;<br>Kyle Elliott Roebuck,<br><br>Defendants. | Civil Action No.<br>9:26-cv-03868-BHH<br><br>**MOTION FOR ENTRY OF CONSENT CONFIDENTIALITY ORDER** |

Plaintiff Kelly Benfield and Defendants Commercial Roofing Specialties Inc. and Kyle Elliott Roebuck jointly move for entry of the attached Consent Confidentiality Order. The proposed order is based on the District of South Carolina standard confidentiality order, with the Reading Room provision omitted.

The parties consent to all terms of the proposed order submitted to chambers via email. Entry of the order will facilitate discovery involving personal, medical, employment, commercial, and other information that may qualify for protection under Federal Rule of Civil Procedure 26(c), while preserving document-specific challenges and the requirements of Local Civil Rule 5.03 (D.S.C.).

**WHEREFORE,** the parties respectfully request that the Court enter the attached Consent Confidentiality Order.

[Signature on Following Page]

Respectfully submitted,

**MORGAN & MORGAN, P.A.**

s/ Cooper Klaasmeyer
Cooper Klaasmeyer, Esquire
Fed. Id. No: 14272
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
Telephone: (843) 973-5438
Facsimile: (854) 429-6281
cooper.klaasmeyer@forthepeople.com

**Counsel for Plaintiff Kelly Benfield**

Date: 11/14/2026

**SWEENY, WINGATE & BARROW, P.A.**

By: s/Kara N. Wagstaff
Richard E. McLawhorn, Jr., Esquire
Kara N. Wagstaff, Esquire
1515 Lady Street
Columbia, SC 29201
Telephone: (803) 256-2233
Facsimile: (803) 256-9177

**Counsel for Defendants Commercial Roofing Specialties Inc. and Kyle Elliott Roebuck**

Date: 11/14/2026